# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Jonathan Eric Moore **,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00073-KDB |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew M. Saul**,** | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court by Motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 8, 2020 Order.

January 8, 2020

Frank G. Johns, Clerk
United States District Court